```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 05276
  JOHNNIE LEGGIN JR
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-1073


----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 02/16/05 and confirmed on 05/20/05.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $    3526.48 .

   4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PRIME CABLE | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE CTY CHECK RESTITU | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST EMERGENCY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| BARONS CREDITORS SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ERIC P FERLEGER | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 145.95 | .00 | 145.95 |
| SOUTHWEST RADIOLOGICAL A | UNSECURED | NOT FILED | .00 | .00 |
| TELECOM USA | UNSECURED | NOT FILED | .00 | .00 |
| ZALUTSKY & PINSKI | REIMBURSEMENT | 14.00 | .00 | 14.00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 517.66 | .00 | 517.66 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 14.00 | 663.61 | .00 | 677.61 |
| PRINCIPAL PAID | .00 | 14.00 | 663.61 | .00 | 677.61 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | 14.00 | 663.61 | .00 | 677.61 |

```
The Debtor's attorney, ZALUTSKY & PINSKI                , was allowed $   2566.50
and was paid $     56.00   direct and $   2510.50  through the plan.

The Trustee received $    112.39 .

Refunds to the Debtor totaled $    225.98 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 11/15/07                          /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE

                              PAGE   2
         CASE NO. 05 B 05276 JOHNNIE LEGGIN JR